FILED

APR 2 0 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )   CASE NO. 11CR00258-001
                                )
        v.                      )   O R D E R
                                )
RODRIGO MALDONADO-ALVAREZ,      )
                                )
                Defendant.      )
_____)

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for April 26, 2011 is vacated and reset to May 26, 2011 at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED:  4-19-11

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record