**FILED**

MAY 25 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case No. 11CR0258-GT |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING |
| ) | SENTENCING HEARING |
| RODRIGO MALDONADO-ALVAREZ ) | |
| Defendant. ) | |

ORDER

And now, this 24th day of May, 2011, good cause appearing and based on the stipulation of the parties, the time for the sentencing hearing is continued from May 26, 2011 at 9:00 a.m. to June 17, 2011 at 9:00 a.m., and the time between May 26, 2011 and June 17, 2011 is excluded under the Speedy Trial Act.

Dated: 5/24/11

HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT